| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Andre Birotte Jr., U.S. Attorney<br>Leon W. Weidman, Chief, Civil Division<br>Elan S. Levey, Assistant United States Attorney (SBN: 174843)<br>300 N. Los Angeles Street, Room 7516<br>Los Angeles, California  90012<br>Tel: 213-894-3997<br>Fax: 213-894-7819<br>Email: elan.levey@usdoj.gov<br><br>*Attorneys for United States Commodity Futures Trading Commission* | **FILED & ENTERED**<br><br>**SEP 13 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY tatum    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:   Robert A. Sorchini, | |
|---|---|
| | Debtor(s). |

| | Plaintiff(s), | CHAPTER: 7 |
|---|---|---|
| vs. | | CASE NUMBER: 2:11-bk-39303-SK |
| | | ☐  ADVERSARY NUMBER (If Applicable) |
| | Defendant(s). | (No Hearing Required) |

# ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR
# IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

The Court having reviewed the Application of the within named non-resident attorney to appear in a specific case under Local Bankruptcy Rule 2090-1(b), and good cause appearing therefore,

IT IS HEREBY ORDERED that the said Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Mary T. Connelly

☐    Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

   The United States Commodity Futures Trading Commission is a federal government agency established under 7 U.S.C. Section 2(a)(2)(A).  Pursuant to 28 U.S.C. Section 1914, the Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule, the United States is exempt from payment of filing fees in this case.

DATED: September 13, 2011

_____
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised August 2005*    **F 2090-1.3**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**United States Attorney's Office, 300 N. Los Angeles St., Room 7516, Los Angeles, CA 90012**

A true and correct copy of the foregoing document described as ***PROPOSED ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LOCAL BANKRUPTCY RULE 2090-1(b)]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 12, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| VIA U.S. Mail:<br>Robert A. Sorchini<br>7431 W. 82nd Street<br>Los Angeles, CA 90045 | VIA U.S. Mail:<br>Counsel for Debtor<br>Luke Jackson, Esq.<br>Law Offices of Luke Jackson<br>3435 Wilshire Blvd., Ste. 2722<br>Los Angeles, CA 90010 |
|---|---|

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 12, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY:
Hon. Sandra R. Klein, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September  12, 2011** | **LOUISA LIN** | */s/ Louisa Lin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order on Application of Non-Resident to Appear in a Specific Case [Local Bankruptcy Rule 2090-1 (b)]  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **09-12-2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com
Luke Jackson         lukedjackson@gmail.com
Peter J Krupinsky    pkrupinsky@sherwood-hardgrove.com
Ramesh Singh         claims@recoverycorp.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Robert A. Sorchini, 7431 W. 82nd Street, Los Angeles, CA 90045
Mary T. Connelly, Commodity Futures Trading Commission, Office of General Counsel, 1155 21 St., NW, Washington, D.C. 20581

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**